PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Brunswick Division

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Ricky Cooper**                                    Case Number: CR298-00034-006

Name of Sentencing Judicial Officer:    Honorable Anthony A. Alaimo
                                        Judge, U.S. District Court

Date of Original Sentence:    November 25, 1998

Original Offense:    Distribution of crack cocaine

Original Sentence:    140 months imprisonment; 5 years supervised release

Type of Supervision:    Supervised Release

Date Supervision Commenced:    February 2, 2006

Assistant U.S. Attorney:    Frederick W. Kramer, III

Defense Attorney:    Kevin Gough

---

## PETITIONING THE COURT

[ ]    To extend the term of supervision for  years, for a total term of  years.
[X]    To modify the conditions of supervision as follows:

The defendant shall complete 40 hours of community service at a rate of 10 hours per month beginning October 2006.

## CAUSE

On August 25, 2006, Cooper submitted a urine specimen that field tested positive for cocaine. The sample was forwarded to STL Laboratories and was confirmed positive for cocaine on September 1, 2006. Upon being presented with the positive result, Cooper denied any use of cocaine and he also denied the need for treatment. However, Cooper did admit that he was recently at a poolroom where individuals were smoking marihuana laced with cocaine.

This is Cooper's first positive drug screen since commencing supervision. Cooper is not being referred to outpatient drug treatment since he does not appear to be amenable to participating in a program. More frequent urinalyses will be conducted to monitor to his drug use and if he tests positive again, a request will be submitted to the Court to order Cooper's participation in outpatient substance abuse treatment. However, U.S. Probation respectfully recommends the Court impose this modification as a sanction for Cooper's failure to refrain from any unlawful use of a controlled substance.

Prob 12B                Request for Modifying the Conditions or Term of Supervision

Re: Ricky Cooper
Case Number: CR298-00034-006
Page 2

---

Attached Your Honor will find a Form 49, Waiver of Hearing, signed by the offender indicating that he agrees to the modification.

Respectfully submitted,

by *David M. Paga*
U.S. Probation Officer
Date: September 8, 2006

Reviewed by:
*Barry Bargainnier*
J. Barry Bargainnier
Supervisory U. S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Judge, U.S. District Court

9-11-06
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Brunswick Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall complete 40 hours of community service at a rate of 10 hours per month beginning October 2006.

Witness: _____     Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

9-7-6
DATE